## WALL *v.* MATTOX.

LITTLE, J. The court properly construed the instrument relied on by the plaintiff as a bill of sale passing title. This being so, and the evidence demanding a finding in his favor, the court committed no error in directing the jury to find accordingly; and it was not error as against the defendant to instruct the jury to relieve the defendant of the cost in the case.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided July 22, 1902.

Trover.    Before Judge Proffitt.    City court of Elberton.    October 9, 1901.

*W. D. Tutt & Son*, for plaintiff in error

*I. C. VanDuzer* and *J. N. Worley*, contra.